**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-2214**

---

In re: PAUL BOYNE,

       Petitioner.

---

On Petition for Writ of Mandamus.  (1:22-cv-00905-MSN-WEF;
1:22-cv-01021-MSN-WEF; 1:22-cv-01182-MSN-WEF; 1:22-cv-01183-MSN-WEF)

---

Submitted:  November 30, 2022             Decided:  December 13, 2022

---

Before HARRIS and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Paul A. Boyne, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul Boyne petitions for a writ of mandamus from this court. In his mandamus petition, Boyne asks that this court (1) direct District Court Judge Michael Stefan Nachmanoff to allow Boyne to prosecute his federal civil rights actions without prepayment of fees; and (2) disqualify Judge Nachmanoff from overseeing Boyne's actions.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought and "has no other adequate means to attain the relief he desires." *Murphy-Brown*, 907 F.3d at 795 (cleaned up).

We have reviewed Boyne's petition and conclude that Boyne has not made the requisite showing. Accordingly, we deny mandamus relief. We also deny Boyne's motion to disqualify. *See In re Beard*, 811 F.2d 818, 826-27 (4th Cir. 1987). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*